IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MARBELLA AT SPANISH WELLS 1 CONDOMINIUM ASSOCIATION, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| EMPIRE INDEMNITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

CASE NO.:

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (DIVERSITY)

## NOTICE OF REMOVAL

Please take notice that Defendant, EMPIRE INDEMNITY INSURANCE COMPANY, hereby removes to this Court the state court action described below:

1. On June 24, 2021, Plaintiff, MARBELLA AT SPANISH WELLS 1 CONDOMINIUM ASSOCIATION, INC., commenced an action in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida, entitled <u>Marbella at Spanish Wells 1 Condominium Association, Inc. v. Empire Indemnity Insurance Company</u>, Case Number 21-CA-003802.

2. Defendant was served with the Summons and Complaint on August 26, 2021. Defendant had not received a copy of the initial pleading previously. This Notice is timely under 28 U.S.C. § 1446(b).

3. In accordance with Local Rule 4.02, true and legible copies of all process, pleadings, orders, and other papers or exhibits of every kind now on file in the state court are attached as **Composite Exhibit "A"**, as follows:

   a. Plaintiff's Complaint

      b. Plaintiff's Amended Complaint

      c. Civil Cover Sheet

      d. Return of Service

      e. Plaintiff's Amended Civil Cover Sheet

      f. Summons Issued

      g. Notice of Acceptance of Service

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332(a), and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that the matter in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different States.

5. The sole claim in this action is the breach of insurance contract claim asserted in Plaintiff's Complaint. There is no counterclaim, cross-claim or third-party claim. Plaintiff's insurance claim is for $ $3,481,723.94 according to the Sworn Statement in Proof of Loss and based on its estimate totaling $6,967,653.25 as confirmed in the email correspondence dated August 17, 2021, a copy of each are attached as composite **Exhibit "B"**. Therefore, the amount in controversy exceeds $75,000, exclusive of interest and costs.

6. Empire Indemnity Insurance Company is a citizen of Oklahoma and Illinois. Empire is incorporated in Oklahoma and has its principal place of business in Illinois, a copy of Defendant's business page is attached as **Exhibit "C"**.

7. Zurich American Insurance Company is a citizen of New York and Illinois. It is incorporated in New York and has its principal place of business in Illinois, a copy of Defendant's business page is attached as **Exhibit "D"**.

8. Marbella at Spanish Wells 1 Condominium Association, Inc. is a citizen of Florida where it is incorporated. A copy of Plaintiff's Sunbiz page is attached as **Exhibit "E"**.

9. The above referenced defendants are the only named defendants in the state court action referenced in paragraph 1 of this notice.

/s/ *Phillip S. Howell*
PHILLIP S. HOWELL, Fla. Bar No.: 377030
BRITTANY N. COVER, Fla. Bar No.: 123782
Galloway, Johnson, Tompkins, Burr & Smith, PLC
400 N. Ashley Drive, Suite 1000
Tampa, Florida 33602
Tel: 813-977-1200
Fax: 813-977-1288
tampaservice@gallowaylawfirm.com
phowell@gallowaylawfirm.com
bcover@gallowaylawfirm.com
*Counsel for Defendant, Empire Indemnity Insurance Company*

## CERTIFICATE OF COMPLIANCE WITH 28 U.S.C. § 1446(d)

I HEREBY CERTIFY that Empire Indemnity Insurance Company, Defendant in the case of *Marbella at Spanish Wells 1 Condominium Association, Inc. v. Empire Indemnity Insurance Company, Case Number 21-CA-003802*, in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, has given written notice of the filing of the foregoing notice of removal to Plaintiff by electronically mailing a copy of the notice of removal to its counsel of record at their respective offices in Ft. Lauderdale, Florida; and Defendant also filed a copy of the notice of removal in the Circuit Court as of this 23rd day of August, 2021.

/s/ *Phillip S. Howell*
PHILLIP S. HOWELL

BRITTANY N. COVER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the following via electronic mail delivery August 27, 2021:

Gorman Law Group, PLLC
Robert Gallagher, Esq.
110 SE 6th Street, Suite #1700
Fort Lauderdale, Florida 33301
Telephone: (954) 496-2153
Facsimile: (866) 274-2898
rgallagher@gormanlawgrp.com
*Counsel for Plaintiff*

/s/ *Phillip S. Howell*
PHILLIP S. HOWELL
DAVID T. BURR