## RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of Lee** | **Circuit Court** |

Case Number: 21-CA-003802

Plaintiff:
**MARBELLA AT SPANISH WELLS 1 CONDOMINIUM ASSOCIATION, INC.**

vs.

Defendant:
**ZURICH AMERICAN INSURANCE COMPANY**


ODY2021004928

For:
Gorman Law Group, PLLC
10440 N. Central Expressway
Suite 800
Dallas, TX 75231

Received by ODY'S PROFESSIONAL PROCESS on the 30th day of June, 2021 at 6:23 am to be served on **ZURICH AMERICAN INSURANCE COMPANY C/O: FLORIDA CHIEF FINANCIAL OFFICER AS REGISTERED AGENT, 200 E. GAINES STREET, TALLAHASSEE, FL 32399.**

I, MICHAEL C. NOLAN, do hereby affirm that on the **1st day of July, 2021** at **10:00 am**, I:

**CORPORATE:** served by delivering a true copy of the **(20) DAY SUMMONS, STANDING ORDER IN CIVIL CASES IN THE TWENTIETH JUDICIAL CIRCUIT, CIVIL COVER SHEET, COMPLAINT; CFO CHECK NO. 30626 DATED: 6/30/2021 IN THE AMOUNT OF $15.00** with the date and hour of service endorsed thereon by me, to: **COLBY NUTTING** as **OPS CLERK** for the Registered Agent of ZURICH AMERICAN INSURANCE COMPANY C/O: FLORIDA CHIEF FINANCIAL OFFICER AS REGISTERED AGENT at the address of: **200 EAST GAINES STREET, TALLAHASSEE, FL 32399**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30+, Sex: M, Race/Skin Color: WHITE, Height: 6'0", Weight: 220, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

**MICHAEL C. NOLAN**
Certified Process Server, #111

**ODY'S PROFESSIONAL PROCESS**
POST OFFICE BOX 1623
FORT MYERS, FL 33902
(239) 369-5214

Our Job Serial Number: ODY-2021004928
Ref: 2021004928

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b

Filing # 129414161 E-Filed 06/24/2021 11:02:28 AM

IN THE CIRCUIT COURT OF THE 20TH
JUDICIAL CIRCUIT IN AND FOR
LEE COUNTY FLORIDA

CASE NO.   21-CA-003802

MARBELLA AT SPANISH WELLS 1
CONDOMINIUM ASSOCIATION, INC.,

      Plaintiff,

vs.

ZURICH AMERICAN INSURANCE
COMPANY,

      Defendant.

/

Date: 7/1/21    Time: 10:00 _____
MCN #111
is a certified process server in the
Circuit and County Courts in and for the
Second Judicial Circuit

**SUMMONS**

THE STATE OF FLORIDA

TO ALL AND SINGULAR APPOINTED PROCESS SERVERS AND SHERIFFS OF THE
STATE YOU ARE COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE
COMPLAINT OR PETITION IN THIS LAWSUIT ON THE BELOW-NAMED DEFENDANT.

**Zurich American Insurance Company**
**C/O Florida Chief Financial Officer as Registered Agent**
**200 East Gaines Street**
**Tallahassee, FL 32399-4201**

A lawsuit has been filed against you. You have **20** calendar days after this Summons is served on
you to file a written response to the attached Complaint with the clerk of this court located at 2075
Dr. Martin Luther King, Jr. Blvd., Ft. Myers, Florida 33901. A phone call will not protect you.
Your written response, including the case number given above and the names of the parties, must
be filed if you want the court to hear your side of the case. If you do not file your response on time,
you may lose the case, and your wages, money, and property may thereafter be taken without
further warning from the court. There are other legal requirements. You may want to call an
attorney right away. If you do not know an attorney, you may call an attorney referral service or
legal aid office (listed in the phone book).

      If you choose to file a written response yourself, at the same time you file your written
response to the court, you must also mail or take a copy of your written response to the Attorney
named below:

**Gorman Law Group, PLLC**
**c/o Robert Gallagher, Esq.**
**110 SE 6th Street**
**Suite #1700**
**Fort Lauderdale, Florida 33301**
**Telephone: (954) 496-2153**
**Facsimile: (866) 274-2898**
**FL Bar Number 1004376**
rgallagher@gormanlawgrp.com

Dated _____ June 28 _____, 2021.

LINDA DOGGETT
CLERK OF THE CIRCUIT COURT

By: _____

As Clerk Deputy

IN THE CIRCUIT COURT OF THE 20TH
JUDICIAL CIRCUIT IN AND FOR
LEE COUNTY FLORIDA

CASE NO. 21 CA 003802

MARBELLA AT SPANISH WELLS 1
CONDOMINIUM ASSOCIATION, INC.,

        Plaintiff,

vs.

ZURICH AMERICAN INSURANCE
COMPANY AND EMPIRE INDEMNITY
INSURANCE COMPANY,

        Empire.

_____/

## AMENDED COMPLAINT

COMES NOW, Plaintiff, MARBELLA AT SPANISH WELLS 1 CONDOMINIUM ASSOCIATION, INC. (hereinafter referred to as "Plaintiff"), by and through its undersigned counsel, hereby files this amended complaint against Empire, EMPIRE INDEMNITY INSURANCE COMPANY, (hereinafter "Empire"), and in support allege as follows:

## GENERAL ALLEGATIONS

1. This action is within the jurisdictional limits of this Court, since the amount in controversy exceeds $30,000.00, exclusive of interest, costs, and attorney's fees.

2. At all times material hereto, Plaintiff was (and continues to be) a condominium association representing owners of multi-unit condominium buildings located in Bonita Springs, Lee County, Florida (hereinafter referred to as the "Insured Property").

3. At all times material hereto, Empire was (and continues to be) a domestic corporation in the state of Florida, authorized to conduct insurance business in the State of Florida, and was at all times material hereto conducting insurance business in Lee County, Florida.

1

4. In consideration of the premium paid to it by the Insured, Empire issued to Plaintiff an insurance policy, Policy number ECL9490679-02 (hereinafter referred to as the "Policy"). A copy of the referenced policy is in Empire's possession and will be subsequently filed.

5. The Policy was in full force and effect at the time the Plaintiff suffered direct physical loss to the Insured Property on or about September 10, 2017, and due to Hurricane Irma.

6. Empire assigned Claim number 5630045120 to the reported loss.

7. The Plaintiff made the insured property available for inspection by Empire and its retained agents, and such inspections were conducted.

8. Plaintiff has submitted to Empire reasonably priced bills for the necessary remediation and/or repair services to the Insured Property, but Empire has failed and refused to admit coverage and pay all insurance proceeds due and owing for the loss.

9. Pursuant to the terms of the Policy, Empire is obligated to pay insurance proceeds to Plaintiff for damages to the Insured Property resulting from a covered loss event.

10. The damages to the insured property were caused by a covered loss event pursuant to the Policy.

11. All conditions precedent to obtaining payment of insurance proceeds from Empire under the terms of the Policy have been complied with or met by Plaintiff, or such conditions have been waived.

## **BREACH OF CONTRACT**

12. Plaintiff adopts and realleges paragraphs 1 through 11 of this Complaint herein.

13. The direct physical damages to the insured property were the result of a covered peril pursuant to the terms of the Policy.

14. Accordingly, Plaintiff submitted reasonable estimates for repair and/or remediation of the insured property to Empire and made application for insurance proceeds under the Policy for these covered damages.

2

15. In response, Empire failed or refused to pay such proceeds to which Plaintiff is entitled for this loss.

16. Empire's refusal to pay insurance proceeds to Plaintiff regarding this loss constitutes a breach of the insurance contract.

17. Empire and its agents failed or refused to properly investigate the loss and failed or refused to tender the insurance proceeds that are due and owing to the Plaintiff pursuant to the Policy.

18. Empire knew, or should have known, that the damages to the insured property were caused by a covered peril pursuant to the Policy, and that insurance proceeds were due and owing to Plaintiff for necessary repairs and/or remediation.

19. Empire's conduct is contrary to the provisions of the contract which require it to pay insurance proceeds under these factual circumstances.

20. As a direct result of Empire's breach of the insurance contract, Plaintiff has suffered damages by not receiving payment of insurance proceeds that are due and owing to it, and necessary to restore the insured property to its pre-loss condition.

21. As a direct result of Empire's breach of the insurance contract, Plaintiff has been obligated to engage the undersigned attorney for the prosecution of this action and is entitled to reasonable attorney's fees thereby pursuant to Section 627.428, Florida Statutes, and/or Section 626.9373, Florida Statutes.

**WHEREFORE**, Plaintiff pray this Honorable Court enter an award of compensatory and contractual damages, pre-judgment interest, costs of this action, attorney's fees, and such further relief as this Court may deem appropriate.

## DEMAND FOR TRIAL BY JURY

Further, Plaintiff requests a trial by jury on all issues so triable.

3

Dated this 4TH day of August, 2021.

Respectfully submitted,

**GORMAN LAW GROUP, PLLC**


/s/ Robert L. Gallagher
ROBERT L. GALLAGHER, ESQ.
State Bar No. 1004376
rgallagher@gormanlawgrp.com
110 SE 6th Street
Suite 1700
Ft. Lauderdale, FL 33301
(800) 683-6975- Telephone
(954) 496-2153 – Local
(877) 274-2898 – Facsimile
**ATTORNEYS FOR PLAINTIFF**

4

IN THE CIRCUIT COURT OF THE 20TH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY FLORIDA

CASE NO. 21 CA 003802

MARBELLA AT SPANISH WELLS 1
CONDOMINIUM ASSOCIATION, INC.,

        Plaintiff,

vs.

ZURICH AMERICAN INSURANCE
COMPANY AND EMPIRE INDEMNITY
INSURANCE COMPANY,

        Defendant.

_____/

## SUMMONS

THE STATE OF FLORIDA

TO ALL AND SINGULAR APPOINTED PROCESS SERVERS AND SHERIFFS OF THE STATE YOU ARE COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT OR PETITION IN THIS LAWSUIT ON THE BELOW-NAMED DEFENDANT.

**Empire Indemnity Insurance Company**
**C/O Florida Chief Financial Officer as Registered Agent**
**200 East Gaines Street**
**Tallahassee, FL 32399-4201**

A lawsuit has been filed against you. You have **20** calendar days after this Summons is served on you to file a written response to the attached Complaint with the clerk of this court located at 2075 Dr. Martin Luther King, Jr. Blvd., Ft. Myers, Florida 33901. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court.  There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

      If you choose to file a written response yourself, at the same time you file your written response to the court, you must also mail or take a copy of your written response to the Attorney named below:

**Gorman Law Group, PLLC**
**c/o Robert Gallagher, Esq.**
**110 SE 6th Street**
**Suite #1700**
**Fort Lauderdale, Florida 33301**
**Telephone: (954) 496-2153**
**Facsimile: (866) 274-2898**
**FL Bar Number 1004376**
**rgallagher@gormanlawgrp.com**

Dated _____08/10/2021_____, 2021.



LINDA DOGGETT
CLERK OF THE CIRCUIT COURT

By: _____

As Clerk Deputy

**FORM 1.997.**  **SECOND AMENDED CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.  CASE STYLE

IN THE CIRCUIT COURT OF THE 20TH JUDICIAL CIRCUIT IN AND FOR
LEE COUNTY FLORIDA

MARBELLA AT SPANISH WELLS 1          CASE NO.: 21 CA 003802
CONDOMINIUM ASSOCIATION, INC.,       JUDGE: KYLE, KEITH R.

              Plaintiff,

vs.

ZURICH AMERICAN INSURANCE
COMPANY AND EMPIRE INDEMNITY
INSURANCE COMPANY,

              Defendant.

### II.  AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

_____$8,000 or Less
_____$8,001 - $30,000
\_\_X\_\_\_\_\_$30,001 - $50,000
_____$50,001 - $75,000
_____$75,001 - $100,000
_____over $100,000.00

### III.  TYPE OF CASE  (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

**CIRCUIT CIVIL**

_____ Condominium
\_\_X\_\_\_\_ Contracts and indebtedness
_____ Eminent domain
_____ Auto negligence
_____ Negligence—other
_____Business governance
_____Business torts
_____Environmental/Toxic tort

_____ Third party indemnification
_____ Construction defect
_____ Mass tort
_____ Negligent security
_____ Nursing home negligence
_____ Premises liability—commercial
_____ Premises liability—residential
_____ Products liability
_____ Real property/Mortgage foreclosure

     _____ Commercial foreclosure

     _____ Homestead residential foreclosure

     _____ Non-homestead residential foreclosure

     _____ Other real property actions

_____ Professional malpractice
     _____ Malpractice—business
     _____ Malpractice—medical
     _____ Malpractice—other professional
_____ Other
     _____ Antitrust/Trade regulation
     _____ Business transactions
     _____ Constitutional challenge—statute or ordinance
     _____ Constitutional challenge—proposed amendment
     _____ Corporate trusts
     _____ Discrimination—employment or other
     _____ Insurance claims
     _____ Intellectual property
     _____ Libel/Slander
     _____ Shareholder derivative action
     _____ Securities litigation
     _____ Trade secrets
     _____ Trust litigation

**COUNTY CIVIL**

_____ Civil
_____ Real property/Mortgage foreclosure
_____ Replevins
_____ Evictions
     _____ Residential Evictions
     _____ Non-residential Evictions
_____ Other civil (non-monetary)

COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes _____ No __X__

    **IV.**   **REMEDIES SOUGHT** (check all that apply):

<u>  X  </u>    Monetary
_____    Nonmonetary declaratory or injunctive relief;
_____    Punitive

**V.    NUMBER OF CAUSES OF ACTION:** [ 1  ]

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
            _____ yes
            <u>  X  </u>    no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
            <u>  X  </u>    no
            __ yes If "yes," list all related cases by name, case number, and court._____
_____
_____
_____

**VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
            <u>  X  </u>    yes
            _____ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature <u>s/ Robert Gallagher</u>                    <u>Fla. Bar #  1004376</u>
                                                                         Attorney


<u>Robert Gallagher</u>                                      <u>08/03/2021</u>
                                                                         Date

**IN THE COUNTY COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA**

MARBELLA AT SPANISH WELLS 1 )
CONDOMINIUM ASSOCIATION, INC., )
                                 )       CASE NO.: 21-CA-003802
      Plaintiff, )
v. )
                                 )
EMPIRE INDEMNITY INSURANCE )
COMPANY and ZURICH AMERICAN )
INSURANCE COMPANY, )
                                 )
      Defendant.

_____

## ACCEPTANCE OF SERVICE

THE UNDERSIGNED hereby acknowledges receipt of a copy of the Summons and Amended Complaint in the above-styled cause, accepts service of process for and on behalf of Defendant, EMPIRE INDEMNITY INSURANCE COMPANY on this 23rd day of August, 2021, and agrees to file and serve response no later than thirty (30) days from August 23, 2021. Further, Plaintiff, MARBELLA AT SPANISH WELLS 1 CONDOMINIUM ASSOCIATION, INC. initially served the incorrect entity, ZURICH AMERICAN INSURANCE COMPANY, and has agreed to dismiss ZURICH AMERICAN INSURANCE COMPANY from this action with prejudice.

                                        */s/ Phillip S. Howell*_____
                                        PHILLIP S. HOWELL, Fla. Bar No.:  377030
                                        BRITTANY N. COVER, Fla. Bar No.: 123782
                                        Galloway, Johnson, Tompkins, Burr & Smith, PLC
                                        400 N. Ashley Drive, Suite 1000
                                        Tampa, Florida  33602
                                        Tel:  813-977-1200
                                        Fax:  813-977-1288
                                        tampaservice@gallowaylawfirm.com
                                        phowell@gallowaylawfirm.com
                                        bcover@gallowaylawfirm.com

*Counsel for Defendant, Empire Indemnity*
*Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to

the following via electronic mail delivery August 25, 2021:

Gorman Law Group, PLLC
Robert Gallagher, Esq.
110 SE 6th Street, Suite #1700
Fort Lauderdale, Florida 33301
Telephone: (954) 496-2153
Facsimile: (866) 274-2898
rgallagher@gormanlawgrp.com
*Counsel for Plaintiff*

*/s/ Phillip S. Howell*
PHILLIP S. HOWELL
DAVID T. BURR

IN THE CIRCUIT COURT OF THE 20TH
JUDICIAL CIRCUIT IN AND FOR
LEE COUNTY FLORIDA

CASE NO.

MARBELLA AT SPANISH WELLS 1
CONDOMINIUM ASSOCIATION, INC.,

          Plaintiff,

vs.

ZURICH AMERICAN INSURANCE
COMPANY,

          Defendant.

_____/

## COMPLAINT

COMES NOW, Plaintiff, MARBELLA AT SPANISH WELLS 1 CONDOMINIUM ASSOCIATION, INC. (hereinafter referred to as "Plaintiff"), by and through its undersigned counsel, hereby files this complaint against Defendant, ZURICH AMERICAN INSURANCE COMPANY, (hereinafter "Defendant"), and in support allege as follows:

## GENERAL ALLEGATIONS

1. This action is within the jurisdictional limits of this Court, since the amount in controversy exceeds $30,000.00, exclusive of interest, costs, and attorney's fees.

2. At all times material hereto, Plaintiff was (and continues to be) a condominium association representing owners of multi-unit condominium buildings located in Bonita Springs, Lee County, Florida (hereinafter referred to as the "Insured Property").

3. At all times material hereto, Defendant was (and continues to be) a domestic corporation in the state of Florida, authorized to conduct insurance business in the State of Florida, and was at all times material hereto conducting insurance business in Lee County, Florida.

1

4. In consideration of the premium paid to it by the Insured, Defendant issued to Plaintiff an insurance policy, Policy number ECL9490679-02 (hereinafter referred to as the "Policy"). A copy of the referenced policy is in Defendant's possession and will be subsequently filed.

5. The Policy was in full force and effect at the time the Plaintiff suffered direct physical loss to the Insured Property on or about September 10, 2017, and due to Hurricane Irma.

6. Defendant assigned Claim number 5630045120 to the reported loss.

7. The Plaintiff made the insured property available for inspection by Defendant and its retained agents, and such inspections were conducted.

8. Plaintiff has submitted to Defendant reasonably priced bills for the necessary remediation and/or repair services to the Insured Property, but Defendant has failed and refused to admit coverage and pay all insurance proceeds due and owing for the loss.

9. Pursuant to the terms of the Policy, Defendant is obligated to pay insurance proceeds to Plaintiff for damages to the Insured Property resulting from a covered loss event.

10. The damages to the insured property were caused by a covered loss event pursuant to the Policy.

11. All conditions precedent to obtaining payment of insurance proceeds from Defendant under the terms of the Policy have been complied with or met by Plaintiff, or such conditions have been waived.

## **BREACH OF CONTRACT**

12. Plaintiff adopts and realleges paragraphs 1 through 11 of this Complaint herein.

13. The direct physical damages to the insured property were the result of a covered peril pursuant to the terms of the Policy.

14. Accordingly, Plaintiff submitted reasonable estimates for repair and/or remediation of the insured property to the Defendant, and made application for insurance proceeds under the Policy for these covered damages.

2

15. In response, Defendant failed or refused to pay such proceeds to which Plaintiff is entitled for this loss.

16. Defendant's refusal to pay insurance proceeds to Plaintiff regarding this loss constitutes a breach of the insurance contract.

17. Defendant and its agents failed or refused to properly investigate the loss, and failed or refused to tender the insurance proceeds that are due and owing to the Plaintiff pursuant to the Policy.

18. Defendant knew, or should have known, that the damages to the insured property were caused by a covered peril pursuant to the Policy, and that insurance proceeds were due and owing to Plaintiff for necessary repairs and/or remediation.

19. Defendant's conduct is contrary to the provisions of the contract which require it to pay insurance proceeds under these factual circumstances.

20. As a direct result of Defendant's breach of the insurance contract, Plaintiff has suffered damages by not receiving payment of insurance proceeds that are due and owing to it, and necessary to restore the insured property to its pre-loss condition.

21. As a direct result of Defendant's breach of the insurance contract, Plaintiff has been obligated to engage the undersigned attorney for the prosecution of this action and is entitled to reasonable attorney's fees thereby pursuant to Section 627.428, Florida Statutes, and/or Section 626.9373, Florida Statutes.

**WHEREFORE**, Plaintiff pray this Honorable Court enter an award of compensatory and contractual damages, pre-judgment interest, costs of this action, attorney's fees, and such further relief as this Court may deem appropriate.

## DEMAND FOR TRIAL BY JURY

Further, Plaintiff requests a trial by jury on all issues so triable.

3

Dated this 24th day of June, 2021.

Respectfully submitted,

**GORMAN LAW GROUP, PLLC**

/s/ Robert L. Gallagher
ROBERT L. GALLAGHER, ESQ.
State Bar No. 1004376
rgallagher@gormanlawgrp.com
110 SE 6th Street
Suite 1700
Ft. Lauderdale, FL 33301
(800) 683-6975- Telephone
(954) 496-2153 – Local
(877) 274-2898 – Facsimile
**ATTORNEYS FOR PLAINTIFF**

4

**IN THE COUNTY COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA**

MARBELLA AT SPANISH WELLS 1                )
CONDOMINIUM ASSOCIATION, INC.,             )
                                            )          CASE NO.: 21-CA-003802
         Plaintiff,                         )
                                            )
v.                                          )
                                            )
EMPIRE INDEMNITY INSURANCE                  )
COMPANY and ZURICH AMERICAN                 )
INSURANCE COMPANY,                          )
                                            )
         Defendant.                         )
_____

**<u>NOTICE OF REMOVAL</u>**

Please take notice that Defendant, EMPIRE INDEMNITY INSURANCE COMPANY, has on this 27th day of August, 2021, filed a Notice of Removal in the office of the Clerk of the United States District Court for the Middle District of Florida, a copy of which is attached, without the exhibits referenced in the Notice of Removal filed in federal court.

<u>*/s/ Phillip S. Howell*</u>
PHILLIP S. HOWELL, Fla. Bar No.:  377030
BRITTANY N. COVER, Fla. Bar No.: 123782
Galloway, Johnson, Tompkins, Burr & Smith, PLC
400 N. Ashley Drive, Suite 1000
Tampa, Florida  33602
Tel:  813-977-1200
Fax:  813-977-1288
tampaservice@gallowaylawfirm.com
phowell@gallowaylawfirm.com
bcover@gallowaylawfirm.com
*Counsel for Defendant, Empire Indemnity
Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to

the following via electronic mail delivery August 27, 2021:

Gorman Law Group, PLLC
Robert Gallagher, Esq.
110 SE 6th Street, Suite #1700
Fort Lauderdale, Florida 33301
Telephone: (954) 496-2153
Facsimile: (866) 274-2898
rgallagher@gormanlawgrp.com
*Counsel for Plaintiff*

/s/ *Phillip S. Howell*
PHILLIP S. HOWELL
DAVID T. BURR

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

MARBELLA AT SPANISH WELLS 1          )
CONDOMINIUM ASSOCIATION, INC.,        )
                                      )        CASE NO.:
        Plaintiff,                    )
v.                                    )        NOTICE OF REMOVAL OF
                                      )        ACTION UNDER 28 U.S.C.
EMPIRE INDEMNITY INSURANCE            )        § 1441(a)
COMPANY and ZURICH AMERICAN           )        (DIVERSITY)
INSURANCE COMPANY,                    )
                                      )
        Defendant.                    )
_____

## NOTICE OF REMOVAL

Please take notice that Defendant, EMPIRE INDEMNITY INSURANCE COMPANY, hereby removes to this Court the state court action described below:

1.    On June 24, 2021, Plaintiff, MARBELLA AT SPANISH WELLS 1 CONDOMINIUM ASSOCIATION, INC., commenced an action in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida, entitled Marbella at Spanish Wells 1 Condominium Association, Inc. v. Empire Indemnity Insurance Company, Case Number 21-CA-003802.

2.    Defendant was served with the Summons and Complaint on August 26, 2021. Defendant had not received a copy of the initial pleading previously. This Notice is timely under 28 U.S.C. § 1446(b).

3.    In accordance with Local Rule 4.02, true and legible copies of all process, pleadings, orders, and other papers or exhibits of every kind now on file in the state court are attached as **Composite Exhibit "A"**, as follows:

    a.   Plaintiff's Complaint

    b.  Plaintiff's Amended Complaint

    c.  Civil Cover Sheet

    d.  Return of Service

    e.  Plaintiff's Amended Civil Cover Sheet

    f.  Summons Issued

    g.  Notice of Acceptance of Service

4.    This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332(a), and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that the matter in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different States.

5.    The sole claim in this action is the breach of insurance contract claim asserted in Plaintiff's Complaint. There is no counterclaim, cross-claim or third-party claim. Plaintiff's insurance claim is for $ $3,481,723.94 according to the Sworn Statement in Proof of Loss and based on its estimate totaling $6,967,653.25 as confirmed in the email correspondence dated August 17, 2021, a copy of each are attached as composite **Exhibit "B"**. Therefore, the amount in controversy exceeds $75,000, exclusive of interest and costs.

6.    Empire Indemnity Insurance Company is a citizen of Oklahoma and Illinois. Empire is incorporated in Oklahoma and has its principal place of business in Illinois, a copy of Defendant's business page is attached as **Exhibit "C"**.

7.    Zurich American Insurance Company is a citizen of New York and Illinois. It is incorporated in New York and has its principal place of business in Illinois, a copy of Defendant's business page is attached as **Exhibit "D"**.

8.       Marbella at Spanish Wells 1 Condominium Association, Inc.is a citizen of Florida where it is incorporated. A copy of Plaintiff's Sunbiz page is attached as **Exhibit "E"**.

9.       The above referenced defendants are the only named defendants in the state court action referenced in paragraph 1 of this notice.

*|s| Phillip S. Howell*_____
PHILLIP S. HOWELL, Fla. Bar No.:  377030
BRITTANY N. COVER, Fla. Bar No.: 123782
Galloway, Johnson, Tompkins, Burr & Smith, PLC
400 N. Ashley Drive, Suite 1000
Tampa, Florida  33602
Tel:  813-977-1200
Fax:  813-977-1288
tampaservice@gallowaylawfirm.com
phowell@gallowaylawfirm.com
bcover@gallowaylawfirm.com
*Counsel for Defendant, Empire Indemnity*
*Insurance Company*

## **CERTIFICATE OF COMPLIANCE WITH 28 U.S.C. § 1446(d)**

I HEREBY CERTIFY that Empire Indemnity Insurance Company, Defendant in the case of *Marbella at Spanish Wells 1 Condominium Association, Inc. v. Empire Indemnity Insurance Company, Case Number 21-CA-003802*, in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, has given written notice of the filing of the foregoing notice of removal to Plaintiff by electronically mailing a copy of the notice of removal to its counsel of record at their respective offices in Ft. Lauderdale, Florida; and Defendant also filed a copy of the notice of removal in the Circuit Court as of this 23rd day of August, 2021.

*|s| Phillip S. Howell*_____
PHILLIP S. HOWELL

BRITTANY N. COVER

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to

the following via electronic mail delivery August 27, 2021:

Gorman Law Group, PLLC
Robert Gallagher, Esq.
110 SE 6th Street, Suite #1700
Fort Lauderdale, Florida 33301
Telephone: (954) 496-2153
Facsimile: (866) 274-2898
rgallagher@gormanlawgrp.com
*Counsel for Plaintiff*

/s/ *Phillip S. Howell*
PHILLIP S. HOWELL
DAVID T. BURR

## IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
## IN AND FOR LEE COUNTY, FLORIDA

MARBELLA AT SPANISH WELLS 1      )
CONDOMINIUM ASSOCIATION, INC.,     )
                                   )      CASE NO.: 21-CA-003802
       Plaintiff,             )
v.                              )
                                   )
EMPIRE INDEMNITY INSURANCE      )
COMPANY and ZURICH AMERICAN     )
INSURANCE COMPANY,            )
                                   )
       Defendant.

_____

## AMENDED NOTICE OF REMOVAL

Please take notice that Defendant, EMPIRE INDEMNITY INSURANCE COMPANY, has on this 27th day of August, 2021, filed an Amended Notice of Removal in the office of the Clerk of the United States District Court for the Middle District of Florida, a copy of which is attached, without the exhibits referenced in the Notice of Removal filed in federal court.

*/s/ Phillip S. Howell*
PHILLIP S. HOWELL, Fla. Bar No.:  377030
BRITTANY N. COVER, Fla. Bar No.: 123782
Galloway, Johnson, Tompkins, Burr & Smith, PLC
400 N. Ashley Drive, Suite 1000
Tampa, Florida  33602
Tel:  813-977-1200
Fax:  813-977-1288
tampaservice@gallowaylawfirm.com
phowell@gallowaylawfirm.com
bcover@gallowaylawfirm.com
*Counsel for Defendant, Empire Indemnity*
*Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to

the following via electronic mail delivery August 27, 2021:

Gorman Law Group, PLLC
Robert Gallagher, Esq.
110 SE 6th Street, Suite #1700
Fort Lauderdale, Florida 33301
Telephone: (954) 496-2153
Facsimile: (866) 274-2898
rgallagher@gormanlawgrp.com
*Counsel for Plaintiff*

/s/ *Phillip S. Howell*
PHILLIP S. HOWELL
DAVID T. BURR

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

MARBELLA AT SPANISH WELLS 1 )
CONDOMINIUM ASSOCIATION, INC., )
　　　　　　　　　　　　　　　 )    CASE NO.:
　　　　Plaintiff, )
v. )    NOTICE OF REMOVAL OF
　　　　　　　　　　　　　　　 )    ACTION UNDER 28 U.S.C.
EMPIRE INDEMNITY INSURANCE )    § 1441(a)
COMPANY and ZURICH AMERICAN )    (DIVERSITY)
INSURANCE COMPANY, )
　　　　　　　　　　　　　　　 )
　　　　Defendant. )

## NOTICE OF REMOVAL

Please take notice that Defendant, EMPIRE INDEMNITY INSURANCE COMPANY, hereby removes to this Court the state court action described below:

1.　　On June 24, 2021, Plaintiff, MARBELLA AT SPANISH WELLS 1 CONDOMINIUM ASSOCIATION, INC., commenced an action in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida, entitled Marbella at Spanish Wells 1 Condominium Association, Inc. v. Empire Indemnity Insurance Company, Case Number 21-CA-003802.

2.　　Defendant was served with the Summons and Complaint on August 26, 2021. Defendant had not received a copy of the initial pleading previously. This Notice is timely under 28 U.S.C. § 1446(b).

3.　　In accordance with Local Rule 4.02, true and legible copies of all process, pleadings, orders, and other papers or exhibits of every kind now on file in the state court are attached as **Composite Exhibit "A"**, as follows:

　　　　a.　Plaintiff's Complaint

    b.  Plaintiff's Amended Complaint

    c.  Civil Cover Sheet

    d.  Return of Service

    e.  Plaintiff's Amended Civil Cover Sheet

    f.  Summons Issued

    g.  Notice of Acceptance of Service

4.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332(a), and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that the matter in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different States.

5.      The sole claim in this action is the breach of insurance contract claim asserted in Plaintiff's Complaint. There is no counterclaim, cross-claim or third-party claim. Plaintiff's insurance claim is for $ $3,481,723.94 according to the Sworn Statement in Proof of Loss and based on its estimate totaling $6,967,653.25 as confirmed in the email correspondence dated August 17, 2021, a copy of each are attached as composite **Exhibit "B"**. Therefore, the amount in controversy exceeds $75,000, exclusive of interest and costs.

6.      Empire Indemnity Insurance Company is a citizen of Oklahoma and Illinois. Empire is incorporated in Oklahoma and has its principal place of business in Illinois, a copy of Defendant's business page is attached as **Exhibit "C"**.

7.      Zurich American Insurance Company is a citizen of New York and Illinois. It is incorporated in New York and has its principal place of business in Illinois, a copy of Defendant's business page is attached as **Exhibit "D"**.

8.      Marbella at Spanish Wells 1 Condominium Association, Inc.is a citizen of Florida where it is incorporated. A copy of Plaintiff's Sunbiz page is attached as **Exhibit "E"**.

9.      The above referenced defendants are the only named defendants in the state court action referenced in paragraph 1 of this notice.

*/s/ Phillip S. Howell*_____
PHILLIP S. HOWELL, Fla. Bar No.:  377030
BRITTANY N. COVER, Fla. Bar No.: 123782
Galloway, Johnson, Tompkins, Burr & Smith, PLC
400 N. Ashley Drive, Suite 1000
Tampa, Florida  33602
Tel:  813-977-1200
Fax:  813-977-1288
tampaservice@gallowaylawfirm.com
phowell@gallowaylawfirm.com
bcover@gallowaylawfirm.com
*Counsel for Defendant, Empire Indemnity Insurance Company*

## CERTIFICATE OF COMPLIANCE WITH 28 U.S.C. § 1446(d)

I HEREBY CERTIFY that Empire Indemnity Insurance Company, Defendant in the case of *Marbella at Spanish Wells 1 Condominium Association, Inc. v. Empire Indemnity Insurance Company, Case Number 21-CA-003802*, in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, has given written notice of the filing of the foregoing notice of removal to Plaintiff by electronically mailing a copy of the notice of removal to its counsel of record at their respective offices in Ft. Lauderdale, Florida; and Defendant also filed a copy of the notice of removal in the Circuit Court as of this 23rd day of August, 2021.

*/s/ Phillip S. Howell*_____
PHILLIP S. HOWELL

BRITTANY N. COVER

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to

the following via electronic mail delivery August 27, 2021:

Gorman Law Group, PLLC
Robert Gallagher, Esq.
110 SE 6th Street, Suite #1700
Fort Lauderdale, Florida 33301
Telephone: (954) 496-2153
Facsimile: (866) 274-2898
rgallagher@gormanlawgrp.com
*Counsel for Plaintiff*

|s| *Phillip S. Howell*
PHILLIP S. HOWELL
DAVID T. BURR